**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7174**

---

In Re: VINCENT EUGENE LINEBERGER,

                                        Petitioner.

---

On Petition for Writ of Mandamus.  (CA-00-103-3)

---

Submitted:  November 30, 2000     Decided:  December 14, 2000

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Vincent Eugene Lineberger, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent Eugene Lineberger petitions this court for a writ of mandamus directing the district court to act upon his petition filed pursuant to 28 U.S.C. § 2241 (1994). The district court entered a final order on September 5, 2000, denying relief on Lineberger's habeas petition. Accordingly, we grant Lineberger leave to proceed in forma pauperis but deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED